**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

**In re:** **Case No.** 14-11815
**Merle S. Rust** **Chapter** 7
**Lisa A. Rust**

**Debtor(s)**

*Please check the appropriate box.*

**For Debtor:**

- [x] Payment advices (pay stubs) are attached.
- [ ] No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).
- [ ] No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain). ___

**For Joint Debtor, if applicable:**

- [ ] Payment advices (pay stubs) are attached.
- [x] No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).
- [ ] No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain). ___

I declare under penalty of perjury that I have read this payment advices cover sheet and the attached payment advices, consisting of ___ sheets, numbered 1 through ___, and that they are true and correct to the best of my knowledge, information, and belief.

Signature of Debtor: [signature] Date: ______
Signature of Joint Debtor: [signature] Date: ______

March 2006

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**MERCY HEALTH SYSTEM**
1000 MINERAL POINT AVENUE
JANESVILLE, WISCONSIN 53548

CHECK NO. 605930 REMIT DATE 04/17/2014

| NAME | EMPLOYEE NO. | DEPT. NO. | FED EX STATUS | PERIOD BEGINNING | PERIOD ENDING |
|---|---|---|---|---|---|
| MERLE STEVEN RUST | 1009801 | 106500M | 03 | 03/30/2014 | 04/12/2014 |

| HOURS | DESCRIPTION | RATE | EARNINGS |
|---|---|---|---|
| 80.00 | REGULAR | 552.88 | 44,230.78 |
| | OTHER PAY | | 16.74 |
| | TAXABLE GTL | | 31.85 |
| 80.00 | GROSS EARN | | 44,279.37 |

YEAR-TO-DATE EARNINGS: 353,980.16

BENEFITS

| POSITION | | BASE RATE |
|---|---|---|
| 21 | PHYSICIAN | 552.8847 |

| DEDUCTIONS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| FEDERAL | 15,083.08 | 120,664.64 |
| FICA | 0.00 | 7,254.00 |
| MEDICARE TAX | 1,034.96 | 6,479.70 |
| STATE-WI | 3,226.79 | 26,342.96 |
| HEALTH INS | 238.39 | 1,907.12 |
| LOAN PAYMENT | 1,542.39 | 3,084.78 |
| TOTAL DEDUCT | 21,125.61 | 165,733.20 |

11

PLEASE RETAIN THIS STATEMENT FOR YOUR RECORDS.

**NET PAY** 23121.91



**MERCY HEALTH SYSTEM**
1000 MINERAL POINT AVENUE
JANESVILLE, WISCONSIN 53548

CHECK NO. 605446 REMIT DATE 03/20/2014

| NAME | EMPLOYEE NO. | DEPT. NO. | FED EX STATUS | PERIOD BEGINNING | PERIOD ENDING |
|---|---|---|---|---|---|
| MERLE STEVEN RUST | 1009801 | 106500M | 03 | 03/02/2014 | 03/15/2014 |

| HOURS | DESCRIPTION | RATE | EARNINGS |
|---|---|---|---|
| 80.00 | REGULAR | 552.88 | 44,230.78 |
| | OTHER PAY | | 16.74 |
| | TAXABLE GTL | | 31.85 |
| 80.00 | GROSS EARN | | 44,279.37 |

YEAR-TO-DATE EARNINGS: 265,485.12

BENEFITS

| POSITION | BASE RATE |
|---|---|
| 21 PHYSICIAN | 552.8847 |

| DEDUCTIONS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| FEDERAL | 15,083.08 | 90,498.48 |
| FICA | 0.00 | 7,254.00 |
| MEDICARE TAX | 1,034.96 | 4,409.78 |
| STATE-WI | 3,302.31 | 19,813.86 |
| HEALTH INS | 238.39 | 1,430.34 |
| TOTAL DEDUCT | 19,658.74 | 123,406.46 |

11
PLEASE RETAIN THIS STATEMENT FOR YOUR RECORDS.

**NET PAY** 24588.78

**MERCY HEALTH SYSTEM**
1000 MINERAL POINT AVENUE
JANESVILLE, WISCONSIN 53548

CHECK NO. 606103 REMIT DATE 04/17/2014

| NAME | EMPLOYEE NO. | DEPT. NO. | FED EX STATUS | PERIOD BEGINNING | PERIOD ENDING |
|---|---|---|---|---|---|
| MERLE STEVEN RUST | 1009801 | 106500M | 03 | 03/30/2014 | 04/12/2014 |

| HOURS | DESCRIPTION | RATE | EARNINGS |
|---|---|---|---|
| | DEF COMP PAY | | 119,815.96 |
| 0.00 | GROSS EARN | | 119,815.96 |

YEAR-TO-DATE EARNINGS: 473,796.12

BENEFITS

| POSITION | BASE RATE |
|---|---|
| 21 PHYSICIAN | 552.8847 |

| DEDUCTIONS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| FEDERAL | 41,935.59 | 162,600.23 |
| FICA | 0.00 | 7,254.00 |
| MEDICARE TAX | 2,815.68 | 9,295.38 |
| STATE-WI | 9,165.92 | 35,508.88 |
| HEALTH INS | 0.00 | 1,907.12 |
| LOAN PAYMENT | 0.00 | 3,084.78 |
| TOTAL DEDUCT | 53,917.19 | 219,650.39 |

11
PLEASE RETAIN THIS STATEMENT FOR YOUR RECORDS.

**NET PAY** 65898.77



**MERCY HEALTH SYSTEM**
1000 MINERAL POINT AVENUE
JANESVILLE, WISCONSIN 53548

CHECK NO. 604942 REMIT DATE 02/20/2014

| NAME | EMPLOYEE NO. | DEPT. NO. | FED EX STATUS | PERIOD BEGINNING | PERIOD ENDING |
|---|---|---|---|---|---|
| MERLE STEVEN RUST | 1009801 | 106500M | 03 | 02/02/2014 | 02/15/2014 |

| HOURS | DESCRIPTION | RATE | EARNINGS |
|---|---|---|---|
| 80.00 | REGULAR | 552.88 | 44,230.78 |
| | OTHER PAY | | 16.74 |
| | TAXABLE GTL | | 31.85 |
| 80.00 | GROSS EARN | | 44,279.37 |

YEAR-TO-DATE EARNINGS: 176,990.08

BENEFITS

| POSITION | BASE RATE |
|---|---|
| 21 PHYSICIAN | 552.8847 |

| DEDUCTIONS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| FEDERAL | 15,083.08 | 60,332.32 |
| FICA | 0.00 | 7,254.00 |
| MEDICARE TAX | 638.60 | 2,554.38 |
| STATE-WI | 3,302.31 | 13,209.24 |
| HEALTH INS | 238.39 | 953.56 |
| TOTAL DEDUCT | 19,262.38 | 84,303.50 |

11

PLEASE RETAIN THIS STATEMENT FOR YOUR RECORDS.

**NET PAY** 24985.14

**MERCY HEALTH SYSTEM**
1000 MINERAL POINT AVENUE
JANESVILLE, WISCONSIN 53548

CHECK NO. 605194 REMIT DATE 03/06/2014

| NAME | EMPLOYEE NO. | DEPT. NO. | FED EX STATUS | PERIOD BEGINNING | PERIOD ENDING |
|---|---|---|---|---|---|
| MERLE STEVEN RUST | 1009801 | 106500M | 03 | 02/16/2014 | 03/01/2014 |

| HOURS | DESCRIPTION | RATE | EARNINGS |
|---|---|---|---|
| 80.00 | REGULAR | 552.88 | 44,230.78 |
| | OTHER PAY | | 16.74 |
| | TAXABLE GTL | | 31.85 |
| 80.00 | GROSS EARN | | 44,279.37 |

YEAR-TO-DATE EARNINGS: 221,237.60

BENEFITS

| POSITION | BASE RATE |
|---|---|
| 21 PHYSICIAN | 552.8847 |

| DEDUCTIONS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| FEDERAL | 15,083.08 | 75,415.40 |
| FICA | 0.00 | 7,254.00 |
| MEDICARE TAX | 820.44 | 3,374.82 |
| STATE-WI | 3,302.31 | 16,511.55 |
| HEALTH INS | 238.39 | 1,191.95 |
| TOTAL DEDUCT | 19,444.22 | 103,747.72 |

11

PLEASE RETAIN THIS STATEMENT FOR YOUR RECORDS.

**NET PAY** 24803.30