# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN
# MADISON DIVISION

| | | |
|---|---|---|
| In re: RUST, MERLE S. | § | Case No. 3-14-11815-RDM |
| RUST, LISA A. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 24, 2014. The undersigned trustee was appointed on April 24, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          171,627.01

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 91,633.93 |
| Administrative expenses | 47,139.44 |
| Bank service fees | 2,582.91 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 30,270.73 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 09/15/2014 and the deadline for filing governmental claims was 10/21/2014.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,831.35.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $8,366.07 as interim compensation and now requests the sum of $3,465.28, for a total compensation of $11,831.35.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $252.13, for total expenses of $252.13.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/03/2016          By: /s/Robert T. Kasdorf
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 3-14-11815-RDM  
**Case Name:** RUST, MERLE S.  
RUST, LISA A.  
**Period Ending:** 08/03/16  

**Trustee:** (690320) Robert T. Kasdorf  
**Filed (f) or Converted (c):** 04/24/14 (f)  
**§341(a) Meeting Date:** 06/17/14  
**Claims Bar Date:** 09/15/14  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Homestead: 3800 North Spring Hill Drive, Janesvi | 893,730.00 | 0.00 | | 0.00 | FA |
| 2  4050 Peninsula, Bay Harbor, MI 49770, FMV $4,995 | 4,646,350.00 | 0.00 | | 0.00 | FA |
| 3  Units 55 and 56 Crooked 455 and 456 Crooked Tree | 69,750.00 | 63,257.67 | | 60,971.15 | FA |
| 4  Cash | 900.00 | 0.00 | | 0.00 | FA |
| 5  Checking Account BMO Harris (X4974); Son's Check | 123,743.86 | 0.00 | | 110,655.86 | FA |
| 6  Hot Tub; Microwaves (2); Washing Machines (2); D | 17,900.00 | 0.00 | | 0.00 | FA |
| 7  Books of Trade (No single item more than $575); | 3,550.00 | 0.00 | | 0.00 | FA |
| 8  Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 9  Jewelry Wedding Ring - $3,000 Timex - $35 Misc. | 3,535.00 | 0.00 | | 0.00 | FA |
| 10  Sports Equipment, Photography Equipment (No sing | 2,100.00 | 0.00 | | 0.00 | FA |
| 11  Jackson National Life Insurance Company Term Lif | 0.00 | 0.00 | | 0.00 | FA |
| 12  Retirement Plan ING Mercy Health Systems | 81,889.34 | 0.00 | | 0.00 | FA |
| 13  2013 State Tax Refund (Not yet received) | 10,127.00 | 0.00 | | 0.00 | FA |
| 14  2014 Cadillac Escalade 200 Miles FMV per Kelly B | 72,326.00 | 0.00 | | 0.00 | FA |
| 15  2013 Ford F150 10,000 Miles FMV per Kelly Blue B | 34,977.00 | 0.00 | | 0.00 | FA |
| 16  2012 Jeep Liberty 15,000 Miles FMV per Kelly Blu | 22,769.00 | 0.00 | | 0.00 | FA |
| 17  2013 FXSB5E Harley Davidson 500 Miles FMV per Ke | 22,500.00 | 0.00 | | 0.00 | FA |
| 18  Domestic Dog | 1.00 | 0.00 | | 0.00 | FA |
| **18  Assets  Totals** (Excluding unknown values) | **$6,007,148.20** | **$63,257.67** | | **$171,627.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

8/01/16:  I've sold the MI lots, and will file my TFR.

**Initial Projected Date Of Final Report (TFR):**    February 28, 2016        **Current Projected Date Of Final Report (TFR):**    February 28, 2017

Printed: 08/03/2016 03:18 PM    V.13.28

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 3-14-11815-RDM  
**Case Name:** RUST, MERLE S.  
RUST, LISA A.  
**Taxpayer ID #:** **-***4903  
**Period Ending:** 08/03/16  

**Trustee:** Robert T. Kasdorf (690320)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/23/14 | {5} | BMO Harris Bank Casher's Check | non-exempt bank account funds | 1129-000 | 110,655.86 | | 110,655.86 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.22 | 110,634.64 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.04 | 110,459.60 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 153.58 | 110,306.02 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.23 | 110,136.79 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.69 | 109,973.10 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.36 | 109,830.74 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.04 | 109,651.70 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.71 | 109,493.99 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.99 | 109,347.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 167.76 | 109,179.24 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.03 | 109,022.21 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.58 | 108,870.63 |
| 06/08/15 | 101 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2015 FOR CASE #14-11815, Bond # 016018067 | 2300-000 | | 56.88 | 108,813.75 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.99 | 108,646.76 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.47 | 108,485.29 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 150.83 | 108,334.46 |
| 09/28/15 | 102 | Robert T. Kasdorf | Dividend paid 100.00% on $8,366.07, Trustee Compensation;  Reference: | 2100-000 | | 8,366.07 | 99,968.39 |
| 09/28/15 | 103 | Capital One Bank (USA), N.A. | Dividend paid 50.31% on $9,635.02; Claim# 1; Filed: $9,635.02; Reference: | 7100-000 | | 4,848.19 | 95,120.20 |
| 09/28/15 | 104 | Tom and Michele Baer | Dividend paid 50.31% on $101,375.32; Claim# 4U; Filed: $101,375.32; Reference: | 7100-000 | | 51,010.41 | 44,109.79 |
| 09/28/15 | 105 | FIA CARD SERVICES, N.A. | Combined Check for Claims#2,3 | | | 35,775.33 | 8,334.46 |
| | | | Dividend paid 50.31%    15,900.91 on $31,600.61;  Claim# 2; Filed: $31,600.61 | 7100-000 | | | 8,334.46 |
| | | | Dividend paid 50.31%    19,874.42 on $39,497.35;  Claim# 3; Filed: $39,497.35 | 7100-000 | | | 8,334.46 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.22 | 8,168.24 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.79 | 8,121.45 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.28 | 8,110.17 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.83 | 8,097.34 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.22 | 8,086.12 |

Subtotals :    $110,655.86    $102,569.74

{} Asset reference(s)                                    Printed: 08/03/2016 03:18 PM    V.13.28

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 3-14-11815-RDM  
**Case Name:** RUST, MERLE S.  
RUST, LISA A.  
**Taxpayer ID #:** **-***4903  
**Period Ending:** 08/03/16  

**Trustee:** Robert T. Kasdorf (690320)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.21 | 8,074.91 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.73 | 8,062.18 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.17 | 8,051.01 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.16 | 8,039.85 |
| 06/01/16 | 106 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2016 FOR CASE #14-11815, 2016 bond payment Voided on 06/01/16 | | 2300-000 | | 7.02 | 8,032.83 |
| 06/01/16 | 106 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2016 FOR CASE #14-11815, 2016 bond payment Voided: check issued on 06/01/16 | | 2300-000 | | -7.02 | 8,039.85 |
| 06/01/16 | 107 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2016 FOR CASE #14-11815, 2016 bond premium Voided on 06/01/16 | | 2300-000 | | 7.02 | 8,032.83 |
| 06/01/16 | 107 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2016 FOR CASE #14-11815, 2016 bond premium Voided: check issued on 06/01/16 | | 2300-000 | | -7.02 | 8,039.85 |
| 06/01/16 | 108 | Herrick & Kasdorf, LLP | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2016 FOR CASE #14-11815, 2016 bond premium | | 2300-000 | | 7.02 | 8,032.83 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.67 | 8,020.16 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.11 | 8,009.05 |
| 08/01/16 | | ATA National Title Group LLC | net proceeds from sale of lots | | | 22,261.68 | | 30,270.73 |
| | {3} | | Line 401 Sales Price | 60,000.00 | 1110-000 | | | 30,270.73 |
| | {3} | | Line 406 City Prop Tax -adjustment | 299.67 | 1110-000 | | | 30,270.73 |
| | {3} | | LIne 410 HOA Dues - Adjustment | 671.48 | 1110-000 | | | 30,270.73 |
| | | | Line 504 Payoff 1st Mtg - 5/3 Bnk | -13,745.40 | 2500-000 | | | 30,270.73 |
| | | | Line 505 Payoff 2nd Mtg - 5/3 Bnk | -6,710.14 | 2500-000 | | | 30,270.73 |
| | | | Line 511 County Prop Tax | -1,109.94 | 2500-000 | | | 30,270.73 |
| | | | Line 517 HOA dues | -4,752.00 | 2500-000 | | | 30,270.73 |
| | | | Line 518 2016 Summer | -703.07 | 2500-000 | | | 30,270.73 |
| | | | | Subtotals : | | $22,261.68 | $77.07 | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 3-14-11815-RDM  
**Case Name:** RUST, MERLE S.  
RUST, LISA A.  
**Taxpayer ID #:** **-***4903  
**Period Ending:** 08/03/16  

**Trustee:** Robert T. Kasdorf (690320)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Taxes | | | | | |
| | | | Line 519 2014 and 2015 Taxes | -6,159.67 | 2500-000 | | | 30,270.73 |
| | | | Line 703 Commission paid at Settlement | -4,200.00 | 3510-000 | | | 30,270.73 |
| | | | Line 1101 Closing fee- ATA Ntl Title | -175.00 | 2500-000 | | | 30,270.73 |
| | | | Line 1107 Title Co Atty Fee | -75.00 | 2500-000 | | | 30,270.73 |
| | | | LIne 1108 Title Insurance | -549.25 | 2500-000 | | | 30,270.73 |
| | | | Line 1202 Emmet Co. RoD recording fee | -66.00 | 2500-000 | | | 30,270.73 |
| | | | Line 1203 MI RoD recording fee | -450.00 | 2500-000 | | | 30,270.73 |
| | | | Line 1207 Order Approving Sale - Emmet Co. Recording fee | -14.00 | 2500-000 | | | 30,270.73 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 132,917.54 | 102,646.81 | $30,270.73 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 132,917.54 | 102,646.81 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $132,917.54 | $102,646.81 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7366** | 132,917.54 | 102,646.81 | 30,270.73 |
| | $132,917.54 | $102,646.81 | $30,270.73 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 15, 2014

**Case Number:** 3-14-11815-RDM  
**Debtor Name:** RUST, MERLE S.

Page: 1

**Date:** August 3, 2016  
**Time:** 03:18:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Robert T. Kasdorf<br>16 N. Carroll Ave.<br>Suite 500<br>Madison, WI 53703-2773 | Admin Ch. 7 | final T comp based on net estate of $171,627.01<br><br>interim T comp based on net estate of $110,655.86 less $8334.46 remainder | $11,831.35 | $8,366.07 | 3,465.28 |
| 200 | Robert T. Kasdorf<br>16 N. Carroll Ave.<br>Suite 500<br>Madison, WI 53703-2773 | Admin Ch. 7 | | $252.13 | $0.00 | 252.13 |
| 200 | Herrick & Kasdorf, LLP<br>16 N Carroll St, Ste. 500<br>Madison, WI 53703 | Admin Ch. 7 | 0.5 hours @$290/hr = $145 | $145.00 | $0.00 | 145.00 |
| 4S<br>100 | Tom and Michele Baer<br>c/o Atty. Nancy B. Johnson<br>One Milwaukee St<br>Janesville, WI 53545 | Secured | History: Details4-108/22/2014Claim #4 filed by Tom and Michele Baer, Amount claimed: $1063175.32 (Johnson, Nancy )<br>----------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Capital One Bank (USA), N.A.<br>by American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | History: Details1-107/08/2014Claim #1 filed by Capital One Bank (USA), N.A., Amount claimed: $9635.02 (AmericanInfoSourceLP, LWalls )<br>----------------------------------------------------------------------------* * * | $9,635.02 | $4,848.19 | 4,786.83 |
| 2<br>610 | FIA CARD SERVICES, N.A.<br>P O Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | History: Details2-107/14/2014Claim #2 filed by FIA CARD SERVICES, N.A., Amount claimed: $31600.61 (BankofAmerica, DERJohnson )<br>----------------------------------------------------------------------------* * * | $31,600.61 | $15,900.91 | 15,699.70 |
| 3<br>610 | FIA CARD SERVICES, N.A.<br>P O Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | History: Details3-107/14/2014Claim #3 filed by FIA CARD SERVICES, N.A., Amount claimed: $39497.35 (BankofAmerica, DERJohnson )<br>----------------------------------------------------------------------------* * * | $39,497.35 | $19,874.42 | 19,622.93 |
| 4U<br>610 | Tom and Michele Baer<br>5005 Camp Baer Ln<br>Manitowish Waters, WI 54545 | Unsecured | History: Details4-108/22/2014Claim #4 filed by Tom and Michele Baer, Amount claimed: $1063175.32 (Johnson, Nancy )<br>----------------------------------------------------------------------------* * * | $101,375.32 | $51,010.41 | 50,364.91 |
| **<< Totals >>** | | | | 194,336.78 | 100,000.00 | 94,336.78 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 3-14-11815-RDM
Case Name: RUST, MERLE S.
Trustee Name: Robert T. Kasdorf

**Balance on hand:** $ 30,270.73

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4S | Tom and Michele Baer | 961,800.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 30,270.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert T. Kasdorf | 11,831.35 | 8,366.07 | 3,465.28 |
| Trustee, Expenses - Robert T. Kasdorf | 252.13 | 0.00 | 252.13 |
| Attorney for Trustee, Fees - Herrick & Kasdorf, LLP | 145.00 | 0.00 | 145.00 |

Total to be paid for chapter 7 administration expenses: $ 3,862.41
Remaining balance: $ 26,408.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 26,408.32

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 26,408.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 182,108.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 64.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 9,635.02 | 4,848.19 | 1,397.21 |
| 2 | FIA CARD SERVICES, N.A. | 31,600.61 | 15,900.91 | 4,582.54 |
| 3 | FIA CARD SERVICES, N.A. | 39,497.35 | 19,874.42 | 5,727.69 |
| 4U | Tom and Michele Baer | 101,375.32 | 51,010.41 | 14,700.88 |

|  | Total to be paid for timely general unsecured claims: | $ | 26,408.32 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**          0.00
Remaining balance:          $          0.00

**UST Form 101-7-TFR (05/1/2011)**